**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 98-30928

WILSON INDUSTRIES, INC.

Plaintiff-Appellant,

VERSUS

AVIVA AMERICA INC; BULA OIL AMERICA INC; CHRISTINA HEFLIN TRUST;
MONTCLARE OIL LTD; ALL ABOARD DEVELOPMENT CORPORATION;
TRADE & DEVELOPMENT OFFSHORE PROPERTIES, L.L.C.;
WALKER OFFSHORE PROPERTIES, INC.

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana

Before GARWOOD, DUHÉ, and BENAVIDES, Circuit Judges.

PER CURIAM:

Plaintiff-Appellant appeals the district court's grant of summary judgment in favor of Defendants, holding that Appellant has no lien against Defendants' interest in a well under the Louisiana Oil Well Lien Act. Appellant also argues that the district court erred in denying a continuance for the purpose of conducting further discovery.

We have carefully considered the record, the argument, and the law advanced by the parties and are convinced that the district court was correct in its decision on the merits as explained in its Order and Reasons entered on July 30, 1998.

We find no abuse of discretion in the district court's denial of a continuance.

AFFIRMED for the reasons given by the district court in its attached Order and Reasons entered July 30, 1998.